(January 30, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LUIS ALVAREZ, Appellant.—Judgment, Supreme Court, Bronx County, ren-

dered on January 26, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). No opinion. Concur—Murphy, P. J., Lupiano, Lane, Markewich and Sandler, JJ.